WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
**Attorney for Secured Creditor**

U.S. Bank Home Mortgage
09-71445

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In Re:<br><br>Peter Santos Bermudez and Judian Peggy Lambey<br><br>Debtors. | BK Case No.: 10-26145-lbr<br><br>Chapter 13<br><br>NOTICE OF ENTRY OF ORDER RE ADEQUATE PROTECTION<br><br>HEARING DATE: 12/22/2010<br>HEARING TIME: 10:30 am |
|---|---|

PLEASE TAKE NOTICE that on the 10th day of February, 2011, ORDER RE ADEQUATE PROTECTION was entered by the court. Copy of said order is attached herewith.

DATE: _____

WILDE & ASSOCIATES
By: /s/Gregory L. Wilde, Esq
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

Entered on Docket
February 10, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
U.S. Bank Home Mortgage
09-71445

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Peter Santos Bermudez and Judian Peggy Lambey

Debtors.

BK-S-10-26145-lbr

MS Motion No. 32
Date: JAN. 26, 2011
Time: 10:30 AM

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

1   IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 4 Monthly Payments at $1,170.55 (October 1, 2010 - January 1, 2011) | $4,682.20 |
| 4 Late Charges at $46.82 (October 20, 2010 - January 20, 2010) | $187.28 |
| Property Inspections | $20.00 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense Amount | ($1,103.22) |
| Total | $4,686.26 |

The total arrearage shall be paid in eight monthly installments. Payments one through seven (1-7) in the amount of $585.78 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the February 20, 2011 payment and continuing throughout and concluding on or before August 20, 2011. The eighth and final payment in the amount of $585.80 shall be paid on or before September 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least fourteen business days' notice of the time, place and date of sale if the stay is vacated.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the February 1, 2011, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 4196 Poe Dr., Las Vegas, NV 89115, and legally described as follows:

> LOT FIFTEEN (15) IN BLOCK FIVE (5) OF ALEXANDER VILLAS ESTATES, TRACT 4, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 80 OF PLAT, PAGE 24 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors

1. have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order
2. vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed
3. with enforcing its Security interest in the subject Property, pursuant to applicable State Law, and
4. take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By_____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Christopher Patrick Burke

By_____

Christopher Patrick Burke
Attorney for Debtors
218 S. Maryland PKY
Las Vegas, NV 89101

Nevada Bar No. 4093

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or     ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

__X__ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or     ____ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank Home Mortgage
09-71445

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re:<br><br>Peter Santos Bermudez and Judian Peggy Lambey<br><br>Debtors. | BK Case No.: 10-26145-lbr<br><br>Date: 12/22/2010<br>Time: 10:30 am<br><br>Chapter 13 |
|---|---|

### CERTIFICATE OF SERVICE

1. On 2/23/11 I served the following documents(s):

NOTICE OF ENTRY OF ORDER RE ADEQUATE PROTECTION

2. I served the above-named document(s) by the following means to the persons as listed below:

X  a. ECF System

    Christopher Patrick Burke
    atty@cburke.lvcoxmail.com
    Attorney for Debtors

    Kathleen A Leavitt
    courtsecf3@las13.com
    Trustee

    X  **b. United States mail, postage fully prepaid:**

        Christopher Patrick Burke
        218 S. Maryland PKY
        Las Vegas, NV 89101
        Attorney for Debtors

        Peter Santos Bermudez and Judian Peggy Lambey
        4196 Poe Dr.
        Las Vegas, NV 89115
        Debtors

☐ **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

    ☐ 1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

    ☐ 2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 23rd day of February, 2011.

By: _Rachel Terry_